# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Eigen, Inc.,[1] | ) | Case No. 10-11061 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JASON A. NAGI, ESQ.

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jason A. Nagi, Esquire of Polsinelli Shughart PC to represent the debtor in the above-referenced bankruptcy case.

Dated: April 12, 2010

**POLSINELLI SHUGHART PC**

By: */s/ Christopher A. Ward*

Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar. No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

---

[1] The Debtor in this chapter 11 case is Eigen, Inc. The last four digits of the Debtor's federal tax identification number is 1907. The location of the Debtor's corporate headquarters is 13366 Grass Valley Avenue, Suite A, Grass Valley, CA 95945.

1823131.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New Jersey and the State of New York, the United States District Court for the District of New Jersey, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

    /s/ *Jason A. Nagi*
Jason A. Nagi, Esq.
POLSINELLI SHUGHART PC
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 644-2092 (Telephone)
(212) 684-0197 (Facsimile)
Email: jnagi@polsinelli.com

Dated: April 12, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: April _____, 2010

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge