UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Eigen, Inc. | : | Case No. 10-11061 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Nest Technologies Corp.**, c/o Network Systems & Technologies Ltd., Attn: Michael Staples, 4511 Singer Ct., Ste. 201, Chantilly, VA 20151, Phone: 703-653-1113, Fax: 703-803-8319

2. **Palmer Kazanjian Wohl Hodson LLP**, Attn: Larry M. Kazanjian, 520 Capitol Mall, Ste. 600, Sacramento, CA 55814, Phone: 916-442-3552, Fax: 916-442-3606

3. **NJK & Associates Inc.**, Attn: Natalie J. Kennel, 13721 Via Tres Vista, San Diego, CA 92129, Phone: 858-705-0350, Fax: 858-764-9739

ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE, REGION 3

 /s/ Mark S. Kenney for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: April 14, 2010

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Christopher A. Ward, Esquire, Phone: (302) 252-0920, Fax: (302) 252-0921