1 **P. SCOTT BROWNE** - CASBN 70294
 **ANDREW A. HARRIS** - CASBN 216670
2 LAW OFFICES OF P. SCOTT BROWNE
 131 South Auburn Street
3 Grass Valley, CA 95945
 (530) 272-4250
4 (530) 272-1684 Fax

5 Attorneys for Steven Giardina,
 Thomas Trobaugh and Daniel Elven
6



7

8                        IN THE UNITED STATES BANKRUPTCY COURT

9                           FOR THE DISTRICT OF DELAWARE

10

11 In re:                                    ) Chapter 11 Proceeding
                                            )
12 EIGEN, Inc.,                             ) Case No. 10-11061 (PJW)
                                            )
13                                          ) **REQUEST FOR SPECIAL NOTICE**
        Debtor.                             )
14 _____  )

15

16       **TO:   UNITED STATES BANKRUPTCY COURT, THE DEBTOR, CHAPTER 11
 TRUSTEE, U.S. TRUSTEE and ALL INTERESTED PARTIES:**

17       PLEASE TAKE NOTICE that the LAW OFFICES OF P. SCOTT BROWNE,

18 attorneys for STEVEN GIARDINA, THOMAS TROBAUGH and DANIEL ELVEN, and their

19 successors and/or assigns, hereby requests special notice of all events relevant to the

20 above-referenced bankruptcy and copies of all pleadings or documents filed in relation to

21 the above-referenced bankruptcy, including all pleadings or notices under Federal Rules

22 of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings,

23 the filing of any requests for hearing, objections, and/or notices of motion, or any other

24 auxiliary filings, as well as notice of all matters which must be noticed to creditors,

25 creditors committees and parties-in-interest and other notices as required by the United

26 States Bankruptcy Code and Rules and/or Local Rules of the above-referenced

27 bankruptcy court. The LAW OFFICES OF P. SCOTT BROWNE (on behalf of its clients)

28 requests that for all notice purposes and for inclusion in the Master Mailing List in this

                                            1

case, the following address be used:

P. Scott Browne. Esq.
LAW OFFICES OF P. SCOTT BROWNE
131 S. Auburn Street
Grass Valley, CA 95945
Telephone: (530) 272-4250
Facsimile: (530) 272-1684
E-mail: scott@scottbrowne.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.     Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution. All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

2

Dated: April 12, 2010                    LAW OFFICES OF P. SCOTT BROWNE

By: _____
    ANDREW A. HARRIS
    P. SCOTT BROWNE

    Attorneys for STEVEN GIARDINA,
    THOMAS TROBAUGH, and DANIEL
    ELVEN

3

# CERTIFICATE OF SERVICE

I, <u>Susan M. Bellows</u>, certify that I am, and at all times during the service of process was not less than 18 years of age, and not a party to the matter concerning which service of process was made. I further certify that the service of this REQUEST FOR SPECIAL NOTICE was made on April 13, 2010, by the following method:

 Mail Service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

Debtor's Representative:  Christopher A. Ward, Polsinelli Shughart PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE  19801

United States Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE  19899-0035

State Law: The Debtor's representative and the U.S. Trustee were served pursuant to the laws of the State of California as follows

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>April 13, 2010</u>                                  _Susan M Bellows_____
Date                                                        Signature

Print Name:  Law Offices of P. Scott Browne

Business Address:  131 South Auburn Street

City:   Grass Valley   State:  CA     Zip: 95945