# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EIGEN, INC., | ) Case No. 10-11061 (PJW) |
| Debtor. | ) Jointly Administered |

## DECLARATION OF JOANNE B. WILLS

Joanne B. Wills, declares as follows:

1. I am an attorney at law admitted to practice in the State of Delaware, among other jurisdictions and courts. I am a member of the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), which firm maintains offices at 919 Market Street, Suite 1000, Wilmington, Delaware 19801, as well as in Philadelphia, Pennsylvania and Cherry Hill, New Jersey. I am familiar with the matters set forth herein and make this declaration in support of the application of the Official Committee of Unsecured Creditors (the "Committee"), appointed pursuant to section 1102(a)(1) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the above-captioned case of *Eigen, Inc. a/k/a Eigen, LLC* (the "Debtor"), seeking approval to retain Klehr Harrison *nunc pro tunc*, effective as of April 13, 2010, as counsel to the Committee pursuant to 11 U.S.C. §§ 1103(a), 327(a) and 328(a).

2. To the best of my knowledge and information, Klehr Harrison does not have any connection with the Debtor or any other significant party-in-interest and does not hold or represent any interest adverse to the estate.

3. Klehr Harrison, is however, often involved in bankruptcy cases in multiple jurisdictions. Klehr Harrison may have been and may currently be involved in bankruptcy

matters representing various constituents in which other parties identified as having interests in this case may also be involved. These engagements include, but are not limited to, the representation of creditors committees in matters where interested parties in this case may hold an unsecured claim in the case.

4. After reviewing the list of interested parties obtained from the Debtor's filings in this case, Klehr Harrison discloses the following matters that Klehr Harrison has been involved with in which interested parties in this case have also been involved:

    (a) Klehr Harrison has represented various parties in matters in which Executive Sounding Board Associates, Inc. ("ESBA"), the proposed financial advisor to the Committee in this case, also represented Klehr Harrison's clients or parties adverse to Klehr Harrison's clients. ESBA has also retained Klehr Harrison as its counsel in its capacity as Liquidating Agent or Liquidating Trustee in the matters of *In re: US Wireless Corp.*, case number 01-10262 (CSS) pending in this Court, *In re The LoveSac Corporation*, case number 06-10080 (CSS) pending in this Court, *In re Alset Owners, LLC, et al.*, case number 09-11960 (BLS) pending in this Court, and *In re Delanco Healthcare-Belmont & Parkside LP*, case number 09-29523 (GMB) pending in the United States Bankruptcy Court for the District of New Jersey.

5. Klehr Harrison does not believe that any of the foregoing matters would not render Klehr Harrison disinterested in this case.

6. Klehr Harrison will promptly file with the Court a supplemental declaration if and when any further connections between it and such parties-in-interest are discovered.

7. To the best of my knowledge, neither Klehr Harrison nor any attorney at the firm holds or represents an interest adverse to the Debtor's estate.

-2-

8.  To the best of my knowledge, neither Klehr Harrison nor any attorney at the firm is a creditor, an equity security holder or an insider of the Debtor.

9.  In addition, due to the size and diversity of its practice, Klehr Harrison may have represented or otherwise dealt with, and may now be representing or otherwise dealing with various persons (and their attorneys and accountants) who are or may consider themselves creditors, equity security holders or parties-in-interest in this case but who are not presently identified as creditors or equity security holders. However, such representation or involvement, if any, does not relate to the Debtor or its estate.

10. No agreement exists, nor will any be made, to share any compensation received by Klehr Harrison for its services with any other person or firm.

11. Klehr Harrison is willing to be retained by the Committee as its counsel and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and any Orders of the Court entered in this Case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 20, 2010
   Wilmington, Delaware

                /s/ Joanne B. Wills
                Joanne B. Wills, Esquire