STEVEN H. GURNEE, ESQ. SB# 66056
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
WILLIAM J. FERGUSON, ESQ. SB# 245864
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California 95661-3805
Telephone  (916) 797-3100
Facsimile  (916) 797-3131



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) Chapter 11 Proceeding |
|---|---|
| EIGEN, Inc., | ) Case No. 10-11061 (PJW) |
| Debtor. | ) **REQUEST FOR SPECIAL NOTICE** |

**TO: UNITED STATES BANKRUPTCY COURT, THE DEBTOR, CHAPTER 11 TRUSTEE, U.S. TRUSTEE and ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the firm of GURNEE & DANIELS LLP hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court. GURNEE & DANIELS requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Nicholas P. Forestiere, Esq.
GURNEE & DANIELS LLP
2240 Douglas Blvd., Suite 150
Roseville, CA 95661

1

REQUEST FOR SPECIAL NOTICE

1  Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution. All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: April 22, 2010                      GURNEE & DANIELS LLP

By: _____
STEVEN H. GURNEE
NICHOLAS P. FORESTIERE
WILLIAM J. FERGUSON